# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br> ALDO LEPE, <br><br> Defendants. | Case No. 09cr920 JM <br><br> JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment and first superseding indictment as it pertains to Defendant Aldo Lepe in the above entitled case be dismissed without prejudice and recall arrest warrant.

IT IS SO ORDERED.

DATED: June 26, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge